CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/4/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| JEFFERY SPENCER, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MACADO'S, INC., <br><br> *Defendant*. | CASE NO. 6:18-cv-00005 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Pending before this Court is the parties' Joint Motion to Approve FLSA Settlement. Dkt. 230. The parties move for final approval of a proposed settlement which would resolve Plaintiffs' claims brought under the Fair Labor Standards Act, 29 U.S.C. § 216(b).

Upon consideration of the motion, the Settlement Agreement, and the Exhibit thereto, the Court **GRANTS** the Joint Motion to Approve FLSA Settlement, finding specifically that the settlement is fair, adequate, reasonable, and in the best interests of the Settlement Class. This finding is supported by, among other things, the legal and factual posture of this case, the risk and expense of protracted litigation, and the fact that the settlement is the result of arm's length negotiations presided over by United States Magistrate Judge Robert S. Ballou.

The Clerk of Court is directed to enter this Final Approval Order and to send a copy of this Order to all counsel of record.

Entered this   4th   day of November, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE