CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/4/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JEFFERY SPENCER, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MACADO'S, INC., <br><br> *Defendant.* | CASE NO. 6:18-cv-00005 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

The parties in this action have agreed upon a joint stipulation of dismissal without prejudice as to certain opt-ins. Dkt. 232. Accordingly, this action is **DISMISSED** without prejudice in accordance with the joint stipulation of dismissal as to certain opt-ins.

The Clerk of Court is directed to enter this Order and to send a copy of this Order to all counsel of record.

Entered this  4th  day of November, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE